UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-41-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ERIC JAMES BASNIGHT | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 124 and the accompanying order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 3rd day of August, 2011.

MALCOLM J. HOWARD
Senior United States District Judge